IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Zacharie Dean Bainter,

    Plaintiff,

  v.                                Case No. 2:20-cv-5856

Commissioner of               Judge James L. Graham
Social Security,

                                     Magistrate Judge
    Defendant.               Elizabeth A. Preston Deavers

**ORDER**

This matter is before the Court for consideration of the November 5, 2021, Report and Recommendation of Magistrate Judge Deavers (ECF No. 17) to whom this case was referred pursuant to 28 U.S.C. §636(b). Magistrate Judge Deavers recommended that the Commissioner's decision be affirmed. The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen days of the Report and Recommendation would result in a waiver of the right to have the district judge review the Report and Recommendation *de novo* and a waiver of the right to appeal the decision of the district court adopting the Report and Recommendation. (*Id.* at 913.) The time period for filing objections to the Report and Recommendation has expired, and no party has objected to the Report and Recommendation.

The Court agrees with the Report and Recommendation of Magistrate Judge Deavers (ECF No. 17), and it is hereby adopted. The decision of the Commissioner is affirmed, and this action is

1

dismissed.  The Clerk is directed to enter final judgment in this case.

**IT IS SO ORDERED.**

<pre>
                              s/James L. Graham
                              James L. Graham
                              United States District Judge
</pre>

Date: November 22, 2021